KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

ENTERED

DEC - 1 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ORIGINAL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE:

WAYNE D ARNOLD

Debtor(s).

Case No.: LA09-37784-EC

Chapter 13

FILED

NOV 30 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(a) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4), L.B.R. 3015-1(c)(3) AND L.B.R. 3015-1(k)(2)

DATE:    November 16, 2009
TIME     10:00 am
PLACE:   Room 103
         725 S. Figueroa Street
         Los Angeles, CA 90017

LODGED

NOV 2 4 2009

The Debtor(s) having failed to appear at the duly noticed §341(a) meeting of creditors and the Debtor(s) having failed to make all required preconfirmation payments and good cause appearing, it is hereby,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved;

2. That this case is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

DATED:   11/30/09
         UK

Ellen Carroll

UNITED STATES BANKRUPTCY JUDGE   UK
11/30/09

I, Fikayo Babatunde, declare as follows:

I am employed in the County of Los Angeles, State of California.  My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017.  I am over the age of eighteen and not a party to this case.  On 11/20/09, I served the "**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(a) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4), L.B.R. 3015-1(c)(3) AND  L.B.R. 3015-1(k)(2)**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 11/20/09

Fikayo Babatunde

**Service List**

WAYNE D ARNOLD
117 S OAK ST
INGLEWOOD, CA 90301

KATHY A. DOCKERY
STANDING CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

WAYNE D ARNOLD

Debtor(s)

| | CHAPTER 13 CASE NUMBER |
| --- | --- |
| Movants(s)/Plaintiff(s)<br>vs.<br><br>Respondent(s)/Defendant(s) | LA09-37784-EC |
| | [ ] REFERENCE NUMBER<br>[ ] ADVERSARY NUMBER |

## NOTICE OF ENTRY OF JUDGEMENT OR ORDER
### AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified pursuant to Local Bankruptcy Rule 116 (1) (a) (iv), that a judgment or order entitled:

**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(A) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(C)(4), L.B.R. 3015-1(C)(3) AND L.B.R. 3015-1(K)(2)**
was entered on: **DEC _ 1 2009**

2. I hereby certify that I mailed a copy of this notice and true copy of the order or judgment to the person and entities listed below:   **DEC _ 1 2009**

## Service List

WAYNE D ARNOLD
117 S OAK ST
INGLEWOOD, CA 90301


KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA 90017


Jon D. Ceretto
Clerk of the Bankruptcy Court

By: _____
              Deputy Clerk